1  MATTHEW RIGHETTI (Cal. State Bar No. 121012)
   JOHN GLUGOSKI (Cal. State Bar No. 191551)
2  MICHAEL RIGHETTI (Cal. State Bar No. 258541)
   RIGHETTI GLUGOSKI, P.C.
3  456 Montgomery Street, Suite 1400
   San Francisco, California 94104
4  Telephone:   (415) 983-0900
   Facsimile:   (415) 397-9005
5  matt@righettilaw.com
   john@righettilaw.com
6  mike@righettilaw.com

7  Attorneys for Plaintiff
   Mark Jaeger
8
   JEFFREY D. WOHL (Cal. State Bar No. 096838)
9  RISHI N. SHARMA (Cal. State Bar No. 239034)
   PETER A. COOPER (Cal. State Bar No. 275300)
10 PAUL HASTINGS LLP
   55 Second Street, 24th Floor
11 San Francisco, California 94105-3441
   Telephone:   (415) 856-7000
12 Facsimile:   (415) 856-7100
   jeffwohl@paulhastings.com
13 rishisharma@paulhastings.com
   petercooper@paulhastings.com
14
   Attorneys for Defendant
15 Rite Aid Corporation

16

17                    UNITED STATES DISTRICT COURT

18                    EASTERN DISTRICT OF CALIFORNIA

19

| | |
|---|---|
| 20  MARK JAEGER, an individual | No. 2:14-CV-01960 JAM-EFB |
| 21 | *Related to Nos.* |
| 22              Plaintiff, | 2:13-CV-02439 JAM-EFB;<br>2:14-CV-01946 JAM-EFB; |
| | 2:14-CV-01957 JAM-EFB; |
| 23         vs. | 2:14-CV-01961 JAM-EFB; |
| | 2:14-CV-01963 JAM-EFB; |
| 24  RITE AID CORPORATION, and DOES 1 | 2:14-CV-01965 JAM-EFB; |
| through 50, inclusive, | 2:15-CV-00429 JAM-EFB. |
| 25 | |
|              Defendants | **AMENDED STIPULATION TO CONTINUE** |
| 26 | **MOTION TO STAY HEARING AND** |
| | **BRIEFING DEADLINES** |
| 27 | |
| | Judge:   Hon. John A. Mendez |
| 28 | |

Plaintiff Mark Jaeger and defendant Rite Aid Corporation ("Rite Aid"), acting through their respective counsel of record, hereby stipulate as follows:

1. On March 4, 2015, Rite Aid moved to stay this action pending *Romero v. Rite Aid Corp.*, U.S.D.C., C.D. Cal., No. CV 13-7720-MWF (JEMx) ("*Romero*"), a putative class action in which the plaintiff alleges that Rite Aid misclassified salaried Store Managers as exempt from the overtime pay and related requirements of California law. Rite Aid contends that, because the plaintiff and the putative class in *Romero* are represented by the same counsel who represent plaintiff in this action and plaintiff is a putative class member in *Romero*, the Court here should stay these proceedings as an effective case management tool under its inherent discretionary authority. *See Landis v. North American Co.*, 299 U.S. 248, 254-55 (1936). (*See* ECF 14.)

2. The parties are discussing the scope of the putative class claims in *Romero*, which may impact Rite Aid's motion to stay in this action. As such, the parties wish to avoid the cost and expense of litigating the motion to stay pending developments in *Romero*.

3. Accordingly, the parties respectfully request that the Court: (1) continue the hearing on Rite Aid's motion to stay this action and the six related actions from April 8, 2015, to April 22, 2015, or to the first date available for the Court; and (2) reset the deadlines for plaintiff's opposition to and Rite Aid's reply in support of the motion to stay to 14 and seven days, respectively, before the continued hearing on Rite Aid's motion to stay.

4. By entering into this stipulation, the parties waive no position that they have taken or could have taken with respect to Rite Aid's motion to stay.

Dated: March 27, 2015.            RIGHETTI GLUGOSKI LLP

                                  By: /s/ Michael Righetti
                                          Michael Righetti
                                  Attorneys for Plaintiff Mark Jaeger

Dated: March 27, 2015.            PAUL HASTINGS LLP

                                  By: /s/ Peter A. Cooper
                                          Peter A. Cooper
                                  Attorneys for Defendant Rite Aid Corporation

1  MATTHEW RIGHETTI (Cal. State Bar No. 121012)
   JOHN GLUGOSKI (Cal. State Bar No. 191551)
2  MICHAEL RIGHETTI (Cal. State Bar No. 258541)
   RIGHETTI GLUGOSKI, P.C.
3  456 Montgomery Street, Suite 1400
   San Francisco, California 94104
4  Telephone:    (415) 983-0900
   Facsimile:    (415) 397-9005
5  matt@righettilaw.com
   john@righettilaw.com
6  mike@righettilaw.com

7  Attorneys for Plaintiff
   Mark Jaeger
8
   JEFFREY D. WOHL (Cal. State Bar No. 096838)
9  RISHI N. SHARMA (Cal. State Bar No. 239034)
   PETER A. COOPER (Cal. State Bar No. 275300)
10 PAUL HASTINGS LLP
   55 Second Street, 24th Floor
11 San Francisco, California 94105-3441
   Telephone:    (415) 856-7000
12 Facsimile:    (415) 856-7100
   jeffwohl@paulhastings.com
13 rishisharma@paulhastings.com
   petercooper@paulhastings.com
14
   Attorneys for Defendant
15 Rite Aid Corporation

16

17                    UNITED STATES DISTRICT COURT

18                    EASTERN DISTRICT OF CALIFORNIA

19

| | |
|---|---|
| 20  MARK JAEGER, an individual | No. 2:14-CV-01960 JAM-EFB |
| 21                             | *Related to Nos.* |
| 22           Plaintiff,        | 2:13-CV-02439 JAM-EFB;<br>2:14-CV-01946 JAM-EFB; |
| 23     vs.                     | 2:14-CV-01957 JAM-EFB;<br>2:14-CV-01961 JAM-EFB; |
| 24  RITE AID CORPORATION, and DOES 1 | 2:14-CV-01963 JAM-EFB;<br>2:14-CV-01965 JAM-EFB; |
| 25  through 50, inclusive,     | 2:15-CV-00429 JAM-EFB. |
| 26           Defendants        | **ORDER CONTINUING MOTION TO STAY HEARING AND BRIEFING DEADLINES** |
| 27                             | Judge:     Hon. John A. Mendez |
| 28                             | |

On the stipulation of the parties, and good cause appearing therefor,

IT IS ORDERED that the April 8, 2015, hearing on the motion to stay this action pending *Romero v. Rite Aid Corp.*, U.S.D.C., C.D. Cal., No. CV 13-7720-MWF (JEMx), is continued from April 8, 2015, to April 22, 2015.

IT IS FURTHER ORDERED that the deadlines for the opposition to and reply in support of the motion to stay are reset to 14 and seven days, respectively, before the continued hearing date.

Dated:  March 30, 2015

/s/ John A. Mendez_____
John A. Mendez
United States District Court Judge