UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH WELDAY, an individual,<br><br>                Plaintiff,<br><br>   v.<br><br>RITE AID CORPORATION, and DOES 1 through 50, inclusive,<br><br>                Defendants. | Case No. 2:13-CV-02439 JAM-EFB<br><br>**RELATED CASE ORDER**<br><br>Related to Nos.:<br><br>2:14-CV-01946 JAM-EFB<br>2:14-CV-01957 JAM-EFB<br>2:14-CV-01960 JAM-EFB<br>2:14-CV-01961 JAM-EFB<br>2:14-CV-01963 JAM-EFB<br>2:14-CV-01965 JAM-EFB<br>2:15-CV-00429 JAM-EFB |
| JEFF WISE, an individual,<br><br>                Plaintiff,<br><br>   v.<br><br>RITE AID CORPORATION, and DOES 1 through 50, inclusive,<br><br>                Defendants. | Case No. 2:15-CV-00622 TLN-CMK |
| PAUL NEUMANN, an individual,<br><br>                Plaintiff,<br><br>   v.<br><br>RITE AID CORPORATION, and DOES 1 through 50, inclusive,<br><br>                Defendants. | Case No. 2:15-CV-00623 MCE-EFB |

Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123 (E.D. Cal. 2005). Accordingly, the assignment of the matters to the same judge and magistrate judge is likely to affect a substantial savings of

1  judicial effort and is also likely to be convenient for the
2  parties.
3      The parties should be aware that relating the cases under
4  Local Rule 123 merely has the result that these actions are
5  assigned to the same judge and magistrate judge; no consolidation
6  of the actions is effected.  Under the regular practice of this
7  court, related cases are generally assigned to the judge and
8  magistrate judge to whom the first filed action was assigned.
9      IT IS THEREFORE ORDERED that the actions denominated 2:15-CV-
10 00622 TLN-CMK and Case No. 2:15-CV-00623 MCE-EFB be reassigned to
11 Judge John A. Mendez and Magistrate Judge Edmund F. Brennan for all
12 further proceedings, and any dates currently set in this reassigned
13 case only are hereby VACATED.  Henceforth, the caption on documents
14 filed in the reassigned cases shall be shown as 2:15-CV-00622 JAM-
15 EFB and Case No. 2:15-CV-00623 JAM-EFB.
16     IT IS FURTHER ORDERED that the Clerk of the Court make
17 appropriate adjustment in the assignment of civil cases to
18 compensate for this reassignment.
19     IT IS SO ORDERED.
20 Dated:  March 31, 2015          /s/ John A. Mendez
                                   JOHN A. MENDEZ
21                                 United States District Court Judge