UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM BAUSER, an individual,<br><br>                Plaintiff,<br><br>    v.<br><br>RITE AID CORPORATION, and DOES 1 through 50, inclusive,<br><br>                Defendants. | Case No. 2:14-CV-01946 JAM-EFB<br><br>**RELATED CASE ORDER**<br>Related to Nos.:<br>2:13-CV-02439 JAM-EFB<br>2:14-CV-01946 JAM-EFB<br>2:14-CV—01957 JAM-EFB<br>2:14-CV-01960 JAM-EFB<br>2:14-CV-01961 JAM-EFB<br>2:14-CV-01963 JAM-EFB<br>2:14-CV—01965 JAM-EFB<br>1:15-CV-01721 JAM-EFB<br>1:15-CV-01748 JAM-EFB<br>1:15-CV-01874 JAM-EFB<br>2:15-CV-00429 JAM-EFB<br>2:15-CV-00622 JAM-EFB<br>2:15-CV-00623 JAM-EFB<br>2:15-CV-02150 JAM-EFB<br>2:15-CV-02396 JAM-EFB |
| DESTREA BELL, LOUIS SERPA, and AGNES MARCALLINO,<br><br>                Plaintiff,<br><br>    v.<br><br>RITE AID CORPORATION, and DOES 1 through 50, inclusive,<br><br>                Defendants. | Case No.: 1:15-CV-01872 JAM-JLT |

1

```
 1  RAMON HURTADO, an individual,    )  Case No. 2:15-CV-02594 JAM-AC
                                     )
 2                 Plaintiff,        )
                                     )
 3       v.                          )
                                     )
 4  RITE AID CORPORATION, and DOES 1 )
    through 50, inclusive,           )
 5                                   )
                 Defendants.         )
 6  ROBERT L. HOLLANDSWORTH, an      )  Case No. 2:15-CV-02597 JAM-CMK
    individual,                      )
 7                                   )
                   Plaintiff,        )
 8                                   )
         v.                          )
 9                                   )
    RITE AID CORPORATION, and DOES 1 )
10  through 50, inclusive,           )
                                     )
11               Defendants.         )
```

12       Examination of the above-entitled actions reveals that these
13  actions are related within the meaning of Local Rule 123 (E.D. Cal.
14  2005).  Accordingly, the assignment of the matters to the same
15  judge and magistrate judge is likely to affect a substantial
16  savings of judicial effort and is also likely to be convenient for
17  the parties.
18       The parties should be aware that relating the cases under
19  Local Rule 123 merely has the result that these actions are
20  assigned to the same judge and magistrate judge; no consolidation
21  of the actions is effected.  Under the regular practice of this
22  court, related cases are generally assigned to the judge and
23  magistrate judge to whom the first filed action was assigned.
24       IT IS THEREFORE ORDERED that the Magistrate Judge assignment
25  in the actions denominated 1:15-CV-01872 JAM-JLT, 2:15-CV-02594
26  JAM-AC and 2:15-CV-02597 JAM-CMK be reassigned to Magistrate Judge
27  Edmund F. Brennan for all further proceedings.  Henceforth, the
28  caption on documents filed in the reassigned cases shall be shown

as 1:15-CV-01872 JAM-EFB, 2:15-CV-02594 JAM-EFB and 2:15-CV-02597 JAM-EFB.

    IT IS SO ORDERED.

Dated:   January 22, 2016

/s/ John A. Mendez_____
JOHN A. MENDEZ
United States District Court Judge