UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAREN WINEGARNER, an individual, | Case No. 2:16-CV-01028 TLN-EFB |
| Plaintiffs, | **RELATED CASE ORDER**<br>Related to Nos.: |
| v. | 2:13-CV-02439 JAM-EFB<br>2:14-CV-01946 JAM-EFB<br>2:14-CV—01957 JAM-EFB<br>2:14-CV-01960 JAM-EFB |
| RITE AID CORPORATION, and DOES 1 through 50, inclusive, | 2:14-CV-01961 JAM-EFB<br>2:14-CV-01963 JAM-EFB<br>2:14-CV—01965 JAM-EFB<br>1:15-CV-01721 JAM-EFB |
| Defendants. | 1:15-CV-01748 JAM-EFB<br>1:15-CV-01872 JAM-EFB<br>1:15-CV-01874 JAM-EFB<br>2:15-CV-00429 JAM-EFB<br>2:15-CV-00622 JAM-EFB<br>2:15-CV-00623 JAM-EFB<br>2:15-CV-02150 JAM-EFB<br>2:15-CV-02396 JAM-EFB<br>2:15-CV-02594 JAM-EFB<br>2:15-CV-02597 JAM-EFB<br>2:16-CV-00174 JAM-EFB<br>2:16-CV-00211 JAM-EFB |

Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123 (E.D. Cal. 2005). Accordingly, the assignment of the matters to the same judge and magistrate judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

///

1

1   The parties should be aware that relating the cases under
2 Local Rule 123 merely has the result that these actions are
3 assigned to the same judge and magistrate judge; no consolidation
4 of the actions is effected.  Under the regular practice of this
5 court, related cases are generally assigned to the judge and
6 magistrate judge to whom the first filed action was assigned.
7   IT IS THEREFORE ORDERED that the District Judge assignment in
8 the action denominated 2:16-CV-01028 TLN-EFB be reassigned to
9 District Judge John A. Mendez for all further proceedings.
10 Henceforth, the caption on documents filed in the reassigned case
11 shall be shown as 2:16-CV-01028 JAM-EFB.
12   IT IS SO ORDERED.
13 Dated:  May 18, 2016.            /s/ John A. Mendez
14                                  JOHN A. MENDEZ
                                   United States District Judge
15
16
17
18
19
20
21
22
23
24
25
26
27
28