1  MATTHEW RIGHETTI (Cal. State Bar No. 121012)
   JOHN GLUGOSKI (Cal. State Bar No. 191551)
2  MICHAEL RIGHETTI (Cal. State Bar No. 258541)
   RIGHETTI·GLUGOSKI, P.C.
3  456 Montgomery Street, Suite 1400
   San Francisco, California 94104
4  Telephone: (415) 983-0900
   Facsimile: (415) 397-9005
5
   Attorneys for Plaintiff
6
   JEFFREY D. WOHL (Cal. State Bar No. 96838)
7  JUSTIN M. SCOTT (Cal. State Bar No. 302502)
   PAUL HASTINGS LLP
8  55 Second Street, 24th Floor
   San Francisco, California 94105-3441
9  Telephone:    (415) 856-7000
   Facsimile:    (415) 856-7100
10 jeffwohl@paulhastings.com
   justinscott@paulhastings.com
11
   Attorneys for Defendant
12 Rite Aid Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN LEWIS,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>RITE AID CORPORATION,<br><br>　　　　　Defendant. | No. 2:15-CV-00429 JAM-EFB<br><br>**ORDER DISMISSING THE ACTION WITH PREJUDICE**<br><br>Judge:　　Hon. John A. Mendez |

Pursuant to the stipulation of the parties, and good cause appearing therefor,

IT IS ORDERED that plaintiff Kevin Lewis's claims and this action shall be and hereby are DISMISSED WITH PREJUDICE, each side to bear its own costs and attorneys' fees.

Dated: August 3, 2016                     /s/ John A. Mendez_____
                                                                   John A. Mendez
                                                                   United States District Court Judge